UNITED STATES of America, Plaintiff–Appellee,

v.

James Oliver FAMBRO, Defendant–Appellant.

No. 06–12507

Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Sept. 27, 2006.

Tiffany Hope Sims, Pensacola, FL, E. Bryan Wilson, Tallahassee, FL, for Plaintiff–Appellee.

Chet Kaufman, Federal Public Defender, Tallahassee, FL, Kafahni Nkrumah, Pensacola, FL, for Defendant–Appellant.

Before DUBINA, HULL and HILL, Circuit Judges.

PER CURIAM:

Chet Kaufman, appointed counsel for James Oliver Fambro in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. Califor-*

*nia,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Fambro's convictions and sentences are **AFFIRMED.**